ELKHORN VALLEY COAL LAND COMPANY, Respondent, v. EMPIRE COAL AND COKE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.